## WARD v. STATE.
### No. 19740.

Court of Criminal Appeals of Texas.
April 13, 1938.

W. M. Stamford, of Anderson, and A. H. Spann, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing distilled. liquor, the containers of which bore no stamp tax; punishment being a fine of $100.

The record contains neither statement of facts nor bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.

## FERGUSON v. STATE.
### No. 19694.

Court of Criminal Appeals of Texas.
April 13, 1938.

G. C. Barkman, of Texarkana, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

Conviction for a misdemeanor; punishment being assessed at a fine of $100 and confinement in jail for 60 days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.